**Dismissed and Opinion Filed October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00196-CR

### VINCENT BERNARD JENKINS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-16340-V**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans
Opinion by Justice Bridges

Vincent Bernard Jenkins pleaded guilty to burglary of a building. Pursuant to a plea agreement, the trial court sentenced appellant to nine months' confinement in a state jail. The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). Accordingly, we dismiss the appeal for want of jurisdiction.[1]

Do Not Publish
TEX. R. APP. P. 47
140196F.U05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

---

[1] This dismissal does not impact the appeal in cause no. 05-14-00195-CR, styled *Vincent Bernard Jenkins v. The State of Texas*. That appeal remains pending before the Court.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

VINCENT BERNARD JENKINS,
Appellant

No. 05-14-00196-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-16340-V.
Opinion delivered by Justice Bridges,
Justices Lang and Evans participating.

   Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered October 22, 2014.